E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 15 2024 12:06 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 24-2-09413-5

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

| | |
|---|---|
| JUDITH JOHNSON, an individual, <br><br>　　　　　　　　Plaintiff, <br><br>vs. <br><br>SURFACE SERVICES, LLC, a Washington Limited Liability Company, JOHN HODGES, an individual, ASHLEY HUNT, an individual, and ALL OTHER OCCUPANTS at 3002 NORTH VIEWMONT STREET, TACOMA, WA 98407 <br><br>　　　　　　　　Defendants. | NO. <br><br>**COMPLAINT FOR UNLAWFUL DETAINER** <br><br>(CITY OF TACOMA) |

COMES NOW, JUDITH JOHNSON, by and through her attorney of record, Martin Burns of Burns Law, PLLC, and pleads for relief against the Defendants, SURFACE SERVICES, LLC, JOHN HODGES, ASHLEY HUNT, and ALL OTHER OCCUPANTS at 3002 NORTH VIEWMONT STREET, TACOMA, WA 98407, as follows:

### I.　PARTIES

1.1　Plaintiff Judith Johnson owns The real property commonly known as 3002 North Viewmont Street, Tacoma, WA 98407 ("premises"), Pierce County Tax Parcel No. 3065000040, legally described as "Lot 4, Block 1, CLAREMONT AT WESTGAGE

COMPLAINT FOR UNLAWFUL
DETAINER – PAGE 1 OF 4

BURNS LAW, PLLC
3711 Center Street
Tacoma, Washington 98409
Telephone: (253) 507-5586

DIVISION NO. 1, according to Plat recorded in Volume 21 of Plats, Page 42 and 43, records of Pierce County Auditor."

1.2 Defendant Surface Services, LLC previously owned the premises but continues to occupy the same either directly or through third parties.

1.3 Defendant Ashley Hunt is believed to have taken occupancy at the premises.

1.4 Defendants ALL OTHER OCCUPANTS at 3002 North Viewmont Street, Tacoma, WA 98407, are unknown parties that may have taken possession or occupancy at the premises.

## II. JURISDICTION AND VENUE

2.1 This Court has jurisdiction over the parties and the subject matter of this action because the premises is in Pierce County, Washington.

2.2 Defendant Surface Services LLC is headquartered in Pierce County.

2.3 Jurisdiction and venue are proper in Pierce County, Washington.

## III. FACTS

3.1 Plaintiff Judith Johnson purchased the property at a public June 7, 2024 trustee's sale, receiving the trustee's deed recorded under Pierce County Auditors File No. 202406170132, pursuant to RCW § 61.24 *et. seq.*, following the "Notice of Trustee's Sale" recorded on March 5, 2024, under Pierce County Auditor File No. 202403050238.

3.2 RCW 61.24.060(1) provides in pertinent part: "The purchaser at the trustee's sale shall be entitled to possession of the property on the twentieth day following the sale, as against the borrower and grantor under the deed of trust and anyone having an interest junior to the deed of trust, including occupants who are not tenants, who were given all of the notices to which they were entitled under this chapter."

COMPLAINT FOR UNLAWFUL
DETAINER – PAGE 2 OF 4

BURNS LAW, PLLC
3711 Center Street
Tacoma, Washington 98409
Telephone: (253) 507-5586

3.3     Proper notice under RCW 61.24.060(1) was sent to Defendants in the form of the Notice of Trustee's Sale containing the statutorily required notice language and which was sent by first-class and certified mail on or about March 5, 2024. An additional statute-compliant proper notice was sent to all occupants of the premises on June 17, 2024, along with a copy of Plaintiff's Trustee's Deed. A true and correct copy of the Notice of Trustee's Sale and June 17th letter to occupants are attached as **Exhibit 1** and **Exhibit 2**, respectively.

3.4     Defendants have not vacated the property and more than 20 days has passed since the trustee's sale.

3.5     RCW § 61.24.060(1) further provides, in pertinent part: "The purchaser shall also have a right to the summary proceedings to obtain possession of real property provided in chapter 59.12 RCW."

3.6     Plaintiff is entitled to possession of the premises pursuant to RCW § 59.12 *et. seq.*, and is in compliance with the requirements of RCW § 61.24.040 and 61.24.060.

3.7     Attorneys' fees and costs are available in this action under ¶ 18 of the pertinent deed of trust and ¶ 8 of the underlying promissory note. A true and correct copy of the deed of trust and promissory note are attached as **Exhibit 3** and **Exhibit 4**, respectively.

IV.     **FIRST CAUSE OF ACTION: UNLAWFUL DETAINER**

4.1     Defendants have failed to vacate the described premises within the time required by the notice and thus is unlawfully detaining the same. Plaintiff is damaged due to loss of use and is entitled to a writ of restitution of all Defendants restoring Plaintiff to possession.

V.     **RELIEF REQUESTED**

WHEREFORE, Plaintiff prays for judgment as follows:

COMPLAINT FOR UNLAWFUL
DETAINER – PAGE 3 OF 4

BURNS LAW, PLLC
3711 Center Street
Tacoma, Washington 98409
Telephone: (253) 507-5586

1. For restitution of the premises and an order issuing a writ of restitution;

2. For forfeiture of Defendants' tenancy and occupancy, if any;

3. For attorneys' fees and costs pursuant to ¶ 18 of the pertinent Deed of Trust; ¶ 8 of the underlying promissory note, and applicable law;

4. For such other and further relief as the court may deem just and proper.

DATED this 12 day of July, 2024.

BURNS LAW, PLLC

Martin Burns WSBA No. 23412
Attorney for Plaintiff

M:\32000\32005 Johnson\Pleadings\Drafts\Eviction

COMPLAINT FOR UNLAWFUL
DETAINER – PAGE 4 OF 4

BURNS LAW, PLLC
3711 Center Street
Tacoma, Washington 98409
Telephone: (253) 507-5586