UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH JOHNSON,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SURFACE SERVICES LLC, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. 3:24-cv-05927-BHS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Defendant John Hodges filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action.[1] Dkt. 3. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

(1)　Because Defendant does not appear to have funds available to afford the $405.00 filing fee, Defendant financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Defendant's IFP Application (Dkt. 3) is **GRANTED**.

---

[1] Defendant John Hodges initiated this action with an IFP Application and a proposed Notice of Removal. *See* Dkt. 1.

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

(2) The Clerk of Court is directed to send a copy of this Order to Defendant Johnson and to the Honorable Benjamin H. Settle.

Dated this 19th day of November, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2